AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Mark Fitzhenry | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:16-cv-3725 DCN |
| Festiva Development Group, Inc.; | ) | |
| Herbert H. Patrick, Jr., individually, d/b/a | ) | |
| Festiva; and Etourandtravel, Inc., | ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered, the magistrate judge's report and recommendation is affirmed, and this case is dismissed with prejudice for failure to prosecute.


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, adopting Magistrate Judge Bristow Marchant's Report and Recommendation.


Date:   December 27, 2017                                           *CLERK OF COURT*


                                                                                                        s/Elena Graham
                                                                                            *Signature of Clerk or Deputy Clerk*